Russell A. Wyatt, Esq. (SBN 283293)
**LAW OFFICE OF RUSS WYATT**
901 H St., Suite 207
Sacramento, CA 95814
Tel: (916) 277-8820
Facsimile: (877) 631-2544
Email: russwyatt@russwyattlaw.com

Attorney for Plaintiffs,
**GARY TEDFORD AND VICTORIA TEDFORD**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| GARY TEDFORD AND VICTORIA TEDFORD,<br><br>      PLAINTIFFS,<br><br>      v.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC.; SAGE POINT LENDER SERVICES, LLC; and DOES 1-20, Inclusive,<br><br>      DEFENDANTS. | CASE NO.: 2:14-cv-01715-MCE-CKD<br><br>The Hon. Morrison C. England Jr.<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>Action Filed: May 28, 2014 |

PROPOSED] ORDER ON PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1       THIS MATTER having been submitted to the above-entitled Court per Plaintiffs' Notice

2   of Voluntary Dismissal Without Prejudice with respect to all claims against named Defendants

3   Residential Credit Solutions, Inc. and Sage Point Lender Services, LLC ("Defendants"), and

4   after consideration of the grounds set forth in the same, the Court HEREBY GRANTS, upon

5   terms proper, Plaintiffs' request for Voluntary Dismissal Without Prejudice as to all claims in

6   the above-entitled action against the aforementioned named Defendants.

7       **IT IS SO ORDERED.**

8   Dated:  September 18, 2015

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT